Dawn R. DiLAURO, Appellant,

v.

George J. DiLAURO, Respondent.

No. WD 73583.

Missouri Court of Appeals,
Western District.

April 3, 2012.

Application for Transfer to Supreme Court
Denied May 1, 2012.

Application for Transfer
Denied July 3, 2012.

Dennis Owens, Kansas City, MO, for Appellant.

George J. DiLauro, Kansas City, MO, Respondent, pro se.

Before Division II: GARY D. WITT, Presiding Judge, and JOSEPH M. ELLIS and MARK D. PFEIFFER, Judges.

**Order**

PER CURIAM:

Dawn DiLauro appeals the modification of child support by the Circuit Court of Jackson County, Missouri. Finding no error, we affirm in this *per curiam* order and have provided the parties a legal memorandum explaining our ruling. Rule 84.16(b).